**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSÉ MUÑOZ, an individual,

Plaintiff,

v.

CONSTELLIS, LLC, DOES 1–100, inclusive, and CENTERRA INTEGRATED FLEET SERVICES, LLC,

Defendants.

Case No. 2:25-cv-05403-MCS-MAR

**JUDGMENT**

///

Pursuant to this Court's Order Re: Motion for Summary Judgment, or, Alternatively, Partial Summary Judgment, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant Centerra Integrated Fleet Services, LLC. Plaintiff José Muñoz shall take nothing from his action against Defendant. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 10, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE